# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-30829
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
May 21, 2019

Lyle W. Cayce
Clerk

CLAIMANT ID 100002448,

      Requesting Party - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY; BP, P.L.C.,

      Objecting Parties - Appellees

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-5379

Before JONES, HIGGINSON, and OLDHAM, Circuit Judges.

PER CURIAM:*

Claimant Platinum Packing, Inc. submitted a claim for business economic loss to the *Deepwater Horizon* Court Supervised Settlement Program ("CSSP"). *See generally In re Oil Spill by Oil Rig Deepwater Horizon in Gulf of Mexico, on Apr. 20, 2010*, 910 F. Supp. 2d 891, 900 (E.D. La. 2012), *aff'd sub nom. In re Deepwater Horizon*, 739 F.3d 790 (5th Cir. 2014). CSSP found

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-30829

Platinum Packing eligible for compensation, but not in the full amount that Platinum Packing had sought. CSSP's internal Appeal Panel affirmed the award amount. Platinum Packing sought discretionary review from the district court, which the district court declined to grant. Platinum Packing now timely appeals the district court's denial of discretionary review.

The Appeal Panel decision at issue "involves no pressing question of how the Settlement Agreement should be interpreted or implemented, but simply raises the correctness of a discretionary administrative decision in the facts of a single claimant's case." *Claimant ID 100212278 v. BP Expl. & Prod., Inc.*, 848 F.3d 407, 410 (5th Cir. 2017) (internal quotations omitted). We therefore AFFIRM.